TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00406-CV






In re Jayne Larkin and Patrick Larkin






ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N




 The motion to accelerate appeal and for temporary relief, filed by relators Jayne
Larkin and Patrick Larkin, is hereby overruled. Relators' petition for writ of mandamus is denied.



 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and Puryear

Filed: July 15, 2003